UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COOL SPRINGS PRESS, a division of THOMAS NELSON, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:05-0879 ) Judge Echols |
| THE BELO COMPANY, BELO CORP., and THE DALLAS MORNING NEWS, L.P., | ) ) ) ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion to Dismiss or, In the Alternative, to Decline Jurisdiction Under the Declaratory Judgment Act (Docket Entry No. 12) is hereby GRANTED insofar as Defendants request that this Court decline jurisdiction under the Declaratory Judgment Act;

(2) Defendants' alternative request to dismiss this action for lack of personal jurisdiction and lack of subject-matter jurisdiction is DENIED AS MOOT; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE